

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2008

# Williams v. Kusnairs Bar

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3436

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Williams v. Kusnairs Bar" (2008). *2008 Decisions*. Paper 771.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/771

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-3436
_____

DONTE ROYES WILLIAMS,
                                        Appellant

v.

KUSNAIRS BAR & TAVERN; MARK RUSIA, Owners; RANDALL KUSNIAR

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00299)
Magistrate Judge: Francis X. Caiazza

_____

ORDER AMENDING OPINION

_____

It appearing that the Clerk made a typographical error in the caption of this appeal, the not precedential opinion and judgment filed on July 29, 2008 is hereby amended to delete any reference to Fayette County Community Action Agency in the caption of the appeal. The correct caption appears above. A copy of this order is transmitted to the United States District Court for the Western District of Pennsylvania for appropriate action. This does not change the filing date of the judgment.

For The Court:


/s/ Marcia M. Waldron
Clerk


Dated: July 30, 2008
maw/cc:
Donte Royes Williams
Simon B. John, Esq.
Steven L. Minnich, Esq.